UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRINIDAD LEDESMA,                    ) Case No. EDCV 19-1686-FMO (JPR)
                                     )
            Plaintiff,               )
                                     )        J U D G M E N T
      v.                             )
                                     )
VASILE CRASNEAN,                     )
Registered Nurse,                    )
                                     )
            Defendant.               )
_____)


    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 3, 2020                   /s/
                                         _____
                                         FERNANDO M. OLGUIN
                                         U.S. DISTRICT JUDGE